THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Darrell G.
 Driggers, d/b/a Darrell's Auto & Truck Sales Inc., and Darrell's Auto
 & Truck Sales Inc., Appellant,
 v.
 Professional
 Financial Services Corporation, William Woods, individually and d/b/a Woods
 Auto Racing, First Federal Savings & Loan Association, Marie Metts and
 Robert Chase; of whom First Federal Savings & Loan Association is the Respondent.
 
 
 

Appeal From Charleston County
 J. Cordell Maddox, Circuit Court Judge
Unpublished Opinion No.   2009-UP-066
Submitted February 2, 2009  Filed
 February 9, 2009 
AFFIRMED

 
 
 
 Mark W. McKnight, of Charleston, for Appellant.
 Samuel A. Altman, of Charleston, for Respondent.
 
 
 

PER CURIAM: Darrell Driggers
 appeals a grant of summary judgment in favor of First Federal Savings and Loan
 Association.  Driggers argues the trial court's grant of summary judgment was
 improper because he lacked notice of facts and circumstances indicating a claim
 existed.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  S.C. Code Ann. § 15-3-530(5) (2005) (providing a three
 year statute of limitations for "any injury to the person or rights of
 another, not arising on contract and not enumerated by law");  S.C. Code
 Ann. § 15-3-535 (2005) (stating the limitations period under section
 15-3-530(5) begins to run when the claimant "knew or by the exercise of
 reasonable diligence should have known that he had a cause of action").
AFFIRMED.
Huff, Williams,
 and Konduros, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.